UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>RAMON ORTEGA PRADO,<br><br>                      Defendant. | Case No.: 24-cr-1027-JO<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH SENTENCING WITHOUT A PRESENTENCE REPORT |
|---|---|

On July 11, 2024, the Defendant filed an unopposed motion to waive the preparation of a presentence report ("PSR") and to proceed with sentencing with a RAP sheet. (Dkt. 30.) For good cause shown and based on the unopposed motion, the Court GRANTS the unopposed motion to waive the PSR and to proceed with sentencing with a RAP sheet. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32.). Accordingly, the sentencing with a PSR hearing set for October 11, 2024 is VACATED and a sentencing without a PSR is set for July 26, 2024 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 7/12/24

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE